1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11

12

13

14

15

WILLIAM MANUEL ALVAREZ-
CALO,

              Petitioner,

    v.

MIKE OBENLAND,

              Respondent.

CASE NO. 3:19-CV-5904-BHS-DWC

ORDER

16

17

18

19

20

21

22

23

24

      The District Court has referred this action to United States Magistrate Judge David W.

Christel. Petitioner William Manuel Alvarez Calo filed a federal habeas Petition, pursuant to 28

U.S.C. § 2254, seeking relief from a state court conviction. Currently before the Court is

"Petitioner's Unopposed Motion to Stay and Abey Proceedings" (hereinafter "Motion"). Dkt 27.

      District courts may use a "stay-and-abeyance" procedure while a petitioner exhausts his

claims in state court. *Rhines v. Weber*, 544 U.S. 269, 275-77; *Calderon v. United States District

Court (Taylor)*, 134 F.3d 981, 988 (9th Cir. 1998). Petitioner, through counsel, contends a stay is

proper because he has a personal restraint petition pending in the state courts and resolution of

ORDER - 1

1  these matters is necessary to exhaust his federal claims. Dkt. 27. In the Motion, Petitioner states

2  Respondent does not oppose the stay; however, Respondent does not waive any defenses based

3  upon exhaustion. Dkt. 27.

4          After reviewing the relevant record, the Motion (Dkt. 27) is granted. The case, including

5  Petitioner's supplemental traverse and Respondent's supplemental reply, is stayed. Petitioner is

6  directed to file a report every ninety (90) days informing the Court of the status of Petitioner's

7  state proceedings. The first status report is due on or before September 8, 2020 and shall include

8  the state court cause numbers. If the state court dismisses or resolves Petitioner's state court

9  proceedings, Petitioner is directed to inform the Court and file a motion to lift the stay within 30

10  days of the state court taking action.

11

12          Dated this 8th day of June, 2020.

13

14          _____

       David W. Christel
15       United States Magistrate Judge

16

17

18

19

20

21

22

23

24

ORDER - 2